UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIELMA VELOZ,

Plaintiff,

v. Case No.: 2:26-cv-2861-SPC-KRH

REGENERON PHARMACEUTICALS, INC. and SANOFI-AVENTIS U.S. LLC,

Defendants.

---

**OPINION AND ORDER**

This matter comes before the Court on *sua sponte* review of the file. In her initial complaint, Plaintiff sought to invoke the Court's diversity jurisdiction, alleging in relevant part:

> Defendant SANOFI-AVENTIS U.S. LLC (hereinafter "Sanofi Aventis") is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business at 55 Corporate Drive, Bridgewater, NJ 08807. Sanofi-Aventis is a wholly-owned subsidiary of Sanofi US Services, Inc., a Delaware corporation.

(Doc. 1 at 4). Upon review of these allegations, the Court entered an Endorsed Order stating as follows:

> Plaintiff alleges in the Complaint that Sanofi-Aventis U.S. LLC is a Delaware limited liability company, with its principal place of business in Bridgewater, New Jersey. (Doc. 1 at 4). But Plaintiff does not allege all members of the limited liability company and the members' citizenship.

> *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (An LLC "is a citizen of any state of which a member of the company is a citizen."). By November 5, 2026, Plaintiff must SUPPLEMENT the Complaint to show cause why this action should not be dismissed for lack of subject-matter jurisdiction. Failure to comply with this Order may result in the Court dismissing this case without further notice.

(Doc. 7).

Plaintiff then filed the first amended complaint, alleging in relevant part:

> Defendant SANOFI-AVENTIS U.S. LLC (hereinafter "Sanofi Aventis") is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business at 55 Corporate Drive, Bridgewater, NJ 08807. Upon information and belief, at the time this action was commenced, Sanofi-Aventis is a wholly-owned subsidiary of Sanofi US Services, Inc., a Delaware corporation with its principal place of business at M Station West, Morristown, NJ. Defendant Sanofi-Aventis is therefore a citizen of New Jersey and Delaware for the purposes of diversity under 28 U.S.C. § 1332(a).

(Doc. 9 at 4). Thus, despite the Court instructing Plaintiff on how to sufficiently allege the citizenship of Defendant Sanofi-Aventis U.S. LLC ("Sanofi"), she has failed to do so. There are no allegations regarding Sanofi's members or their citizenship as required. *See Rolling Greens MHP, L.P*, 374 F.3d at 1022 (An LLC "is a citizen of any state of which a member of the company is a citizen.").

Plaintiff's allegations that Sanofi is a wholly owned subsidiary of another corporation are insufficient for purposes of establishing diversity jurisdiction. *See Post v. Biomet, Inc.*, Case No. 3:20-cv-527-J-34JRK, 2020 WL 2766210, at

*1 (M.D. Fla. May 28, 2020) ("the Complaint's allegations that various Biomet LLCs are wholly-owned subsidiaries do not permit the court to conclude that plaintiff and defendants are diverse for purposes of subject matter jurisdiction, because it is membership, not ownership, that is critical for determining the citizenship of an LLC") (striking the complaint in part due to its jurisdictional deficiencies) (quotations omitted).

Plaintiff was warned that "[f]ailure to comply with [the prior] Order may result in the Court dismissing this case without further notice." (Doc. 7). Because Plaintiff has made no effort to identify Sanofi's members or their citizenship as previously instructed, she has failed to sufficiently allege diversity jurisdiction. So the Court dismisses the first amended complaint without prejudice for lack of subject matter jurisdiction.

**ORDERED:**

(1) The First Amended Complaint (Doc. 9) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

(2) The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record